IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ERIC CURTIS, <br> PLAINTIFF | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 1:17-CV-00500-MAC |
| JUSTIN ALBANESE, <br> ADAM S. JACKSON, AND <br> PARAMOUNT RARE <br> COINS & CURRENCY, LLC, <br> DEFENDANTS | § <br> § <br> § <br> § <br> § <br> § | |

**PLAINTIFF AND DEFENDANTS'**
**JOINT MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Plaintiff, Eric Curtis and Defendants Jared Albanese (erroneously identified in Plaintiff's Original Complaint as "Justin Albanese"), Adam Jackson and Paramount Rare Coins & Currency, LLC (PRCC) and pursuant to Rule 41, Federal Rules of Civil Procedure file their Joint Motion to Dismiss With Prejudice all of their causes of action against the other parties that are asserted in their live pleadings in these proceedings and show the following:

I.

Plaintiff Eric Curtis and all of the Defendants have compromised and settled all of the causes of actions and claims asserted against all parties. Therefore, pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiff, Eric Curtis and Defendants Jared Albanese (erroneously identified in Plaintiff's Original Complaint as "Justin Albanese"), Adam Jackson and Paramount Rare Coins & Currency, LLC (PRCC) no longer desire to pursue their claims against each other and ask that this Court dismiss with prejudice this litigation.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Plaintiff, Eric Curtis and Defendants Jared Albanese (erroneously identified in Plaintiff's Original Complaint as "Justin Albanese"), Adam Jackson and Paramount Rare Coins & Currency, LLC (PRCC), pray that this Court grant their Joint Motion to Dismiss With Prejudice, all of their causes of action asserted in this litigation against each other with each party paying their own court costs and attorneys' fees.

Respectfully submitted,

By: _____
BRUCE M. PARTAIN
Texas Bar No. 15548400
GORDON D. FRIESZ
Texas Bar No. 24043664
Attorney for Defendants,
*Jared L. Albanese, Adam S. Jackson and Paramount Rare Coins & Currency, LLC*

WELLS, PEYTON, GREENBERG
& HUNT, LLP
P.O. Box 3708
Beaumont, Texas 77704
Telephone (409) 838-2644
Facsimile (409) 838-0416
Email: bpartain@wellspeyton.com
Email: gfriesz@wellspeyton.com

By: _____
R. LYN STEVENS
State Bar No. 19189020
Attorneys for Plaintiff,
*Eric Curtis*

STEVENS, BALDO & LIGHTY, PLLC
550 Fannin Street, Suite 700
Beaumont, Texas 77701
Telephone: (409) 835-5200
Facsimile: (409) 838-5638
E-mail: stevens@sbl.law

## CERTIFICATE OF SERVICE

I certify that a copy of *Plaintiff and Defendants' Joint Motion to Dismiss with Prejudice* has been served upon Plaintiff's counsel as indicated below on this the 14th day of MAY, 2018.

**VIA E-FILE**
R. Lyn Stevens
State Bar No. 19189020
stevens@sbl.law
Stevens Baldo & Lighty, PLLC
550 Fannin Street, Suite 700
Beaumont, Texas 77701
Telephone: (409) 835-5200
Facsimile: (409) 838-5638
Attorneys for Plaintiff,
*Eric Curtis*

_____
BRUCE M. PARTAIN
Attorney for Defendants,
*Jared L. Albanese, Adam S. Jackson and Paramount Rare Coins & Currency, LLC*