| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ERIC CURTIS, §
　　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
versus § CIVIL ACTION NO. 1:17-CV-500
　　　　　　　　　　　　　　　　§
JARED L. ALBANESE, ADAM S. §
JACKSON, PARAMOUNT RARE §
COINS & CURRENCY, LLC, §
　　　　　　　　　　　　　　　　§
　　　　Defendants. §

## ORDER OF DISMISSAL

The parties' Joint Motion to Dismiss with Prejudice (#25) is GRANTED. Accordingly, the above-styled case is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 14th day of June, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE